UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

LAMONT WHITE,

                              Plaintiff,

                    v.                                  9:08-CV-717
                                                      (FJS/DRH)

J. BERGENSTOCK, Correction Officer, Auburn
Correctional Facility; MR. SENDERSON, Mental
Health Unit, Auburn Correctional Facility; D.
SMITH, Correction Officer, Auburn Correctional
Facility; C. CLARKE, Correction Officer, Auburn
Correctional Facility; T. CLARKE, Correction
Officer, Auburn Correctional Facility; M. STURGEN,
Registered Nurse, Upstate Correctional Facility;
S. WALSH, Registered Nurse; LOUIS TISHENOR,
Physician Assistant, Upstate Correctional Facility;
M. SMITH, Nurse Administrator, Upstate Correctional
Facility; S. DANSON, Correctional Officer, Upstate
Correctional Facility; LUMBARD, Sgt., Upstate
Correctional Facility; R.K. WOODS, Superintendent,
Upstate Correctional Facility; HAROLD GRAHAM,
Superintendent, Auburn Correctional Facility;
RICHARD ROY, Inspector General; and BRIAN
FISCHER, Commissioner,

                              Defendants.
_____

APPEARANCES                              OF COUNSEL

**LAMONT WHITE**
**01-A-4083**
Attica Correctional Facility
Box 149
Attica, New York 14011
Plaintiff *pro se*

| | |
|---|---|
| **OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL**<br>The Capitol<br>Albany, New York 12224-0341<br>Attorneys for Defendants | **ROGER W. KINSEY, AAG** |

**SCULLIN, Senior Judge**

## ORDER

Currently before the Court is Magistrate Judge Homer's October 23, 2009 Report-Recommendation and Order to which the parties have filed no objections. Having reviewed the Report-Recommendation and Order and finding that the same is neither clearly erroneous nor contrary to law, the Court hereby

**ORDERS** that Magistrate Judge Homer's October 23, 2009 Report-Recommendation and Order is **ACCEPTED in its entirety for the reasons stated therein**; and the Court further

**ORDERS** that Defendants' motions to dismiss are **GRANTED** with respect to all claims against Defendants **Bergenstock, Senderson, D. Smith, Walsh, Tishenor, M. Smith, Lumbard, Woods, Graham, Roy and Fisher in their individual and official capacities**; and the Court further

**ORDERS** that Defendants' motions to dismiss are **GRANTED** with respect to all claims against Defendants **Sturgen, T. Clarke**, and **C. Clarke in their official capacities**; and the Court further

**ORDERS** that the complaint is **DISMISSED WITHOUT PREJUDICE** with respect to all claims against Defendant **Danson** in accordance with Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b); and the Court further

**ORDERS** that Defendants' motions to dismiss are **DENIED** with respect to Plaintiff's

Eighth Amendment and pendent state-law claims against Defendant **Sturgen** in his/her individual capacity regarding the removal of Plaintiff's neck brace; and the Court further

**ORDERS** that this matter is referred to Magistrate Judge Homer for all further pretrial matters.[1]

**IT IS SO ORDERED.**

Dated: November 25, 2009
       Syracuse, New York

　　　　　　　　　　　　　　　　　　　　　　Frederick J. Scullin, Jr.
　　　　　　　　　　　　　　　　　　　　　　Senior United States District Court Judge

---

[1] The Court notes that, in addition to Plaintiff's Eighth Amendment and pendent state-law claims against Defendant Sturgen related to the removal of Plaintiff's neck brace, Plaintiff's Eighth Amendment **excessive force and pendent state-law claims against Defendants C. Clarke and T. Clarke** remain because Defendants did not move to dismiss those claims.